AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum Prison Term of Ten Years;
Maximum Fine of $250,000
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
DEC 22 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ DELAY GRAHAM

DISTRICT COURT NUMBER
CR 16 538 JSW

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☒ person is awaiting trial in another Federal or State Court, give name of court
ALAMEDA SUPERIOR COURT

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    BRIAN J. STRETCH
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    SCOTT D. JOINER

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction      } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   } If "Yes"
been filed?  ☐ No    give date filed

DATE OF ▶    Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

CR 16 538 JSW

DELAY GRAHAM,

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;
18 U.S.C. § 924(d)(1) – Forfeiture of Firearm and Ammunition

---

A true bill.

_____ Foreman

Filed in open court this 22nd day of December.

_____
Ada Means, Clerk

NO BAIL WARRANT

Bail, $ _____

Jacqueline Scott Corley
United States Magistrate Judge

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11  UNITED STATES OF AMERICA,           ) No. CR 16 538
                                        )
12        Plaintiff,                    ) VIOLATIONS: 18 U.S.C. § 922(g)(1) – Felon in
                                        ) Possession of a Firearm; 18 U.S.C. § 924(d)(1) –
13     v.                               ) Forfeiture of Firearm and Ammunition
                                        )
14  DELAY GRAHAM,                       ) OAKLAND VENUE
                                        )
15        Defendant.                    )
                                        )
16                                      )
                                        )
17  _____ )

18                                  I N D I C T M E N T

19  The Grand Jury charges:

20  COUNT ONE:     (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

21     1. On or about December 6, 2016, in the Northern District of California, the defendant,

22                                      DELAY GRAHAM,

23  having been previously convicted of a crime punishable by a term of imprisonment exceeding one year,

24  knowingly possessed a firearm and ammunition, specifically one Glock 30, .45 caliber semi-automatic

25  handgun, bearing serial number WZB215, and fourteen (14) rounds of .45 caliber ammunition bearing

26  the head stamp "CCI 45 AUTO," each in and affecting interstate commerce, in violation of Title 18,

27  United States Code, Section 922(g)(1).

28  //

1  COUNT TWO:      (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)
2     2. On or about December 6, 2016, in the Northern District of California, the defendant,
3                                  DELAY GRAHAM,
4  having been previously convicted of a crime punishable by a term of imprisonment exceeding one year,
5  knowingly possessed a firearm and ammunition, specifically one Glock 22, .40 caliber semi-automatic
6  handgun, bearing serial number NMC937, and fifteen (15) rounds of .40 caliber ammunition bearing the
7  head stamp "Winchester S&W 40," each in and affecting interstate commerce, in violation of Title 18,
8  United States Code, Section 922(g)(1).
9  FORFEITURE ALLEGATIONS: (Firearms and Ammunition –18 U.S.C. § 924(d)(1))
10    3. The allegations contained in Counts One and Two of this Indictment are realleged and by
11 this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions
12 of 18 U.S.C. § 924(d)(1).
13    4. Upon a conviction for any of the offenses alleged in Counts One and Two above, defendant,
14                                 DELAY GRAHAM,
15 shall forfeit to the United States any firearm or ammunition involved in or used in any knowing
16 violation of said offense, including but not limited to the following property: one Glock 30, .45 caliber
17 semi-automatic handgun, bearing serial number WZB215, fourteen (14) rounds of .45 caliber
18 ammunition bearing the head stamp "CCI 45 AUTO," one Glock 22, .40 caliber semi-automatic
19 handgun, bearing serial number NMC937, and fifteen (15) rounds of .40 caliber ammunition bearing the
20 / /
21 / /
22 / /
23 / /
24 / /
25 / /
26 / /
27 / /
28 / /

INDICTMENT

head stamp "Winchester S&W 40.";

All in violation of Title 18, United States Code, Section 924(d)(1), and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: 12/22/16

A TRUE BILL.

_____
FOREPERSON

BRIAN J. STRETCH
United States Attorney

_____
DAMALI TAYLOR
Deputy Chief, Organized Crime Strike Force

(Approved as to form: _____ )
AUSA SCOTT D. JOINER

INDICTMENT