1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:          (415) 431-4500
   Fax:            (415) 255-8631
4  E-Mail:         rwlaw@mindspring.com

5  Attorney for Defendant DELAY GRAHAM

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA                    No. CR16-cr-00538-JSW-1

12                          Plaintiff,          **STIPULATION AND [PROPOSED]
                                                ORDER RE FILING DATE FOR
13              v.                              DEFENDANT'S SURREPLY AND
                                                SETTING HEARING DATE**
14  DELAY GRAHAM, et al.,

15                          Defendant.
                                          /
16

17

18          This Stipulation and [Proposed] Order is in response to the Court's Order re Motion to

19  Suppress Hearing and Briefing Schedule. (Dkt. No. 33).

20          As a preliminary matter, newly appointed counsel for the defendant, Robert Waggener,

21  intends to proceed with the motion to suppress previously filed in this case (Dkt. No. 20), and is

22  electing to adopt the prior briefing on that motion drafted by prior counsel. New counsel

23  continues to familiarize himself with the full complement of discovery in the case and to

24  establish a relationship with the defendant. The parties are also meeting and conferring to attempt

25  to informally resolve issues relating to the case.

26

27          **IT IS HEREBY STIPULATED AND AGREED** between the parties that the filing date

28  for Defendant's surreply on the motion to suppress be set for August 29, 2017.  The hearing date

STIP & [PROPOSED] ORDER RE FILING DATE FOR
SURREPLY AND MOTION HEARING DATE

1  for the motion to suppress shall be set for September 12  at 1:00 p.m.

2

3

4  Dated: August 11, 2017                        _____/s/_____
                                                ROBERT WAGGENER
5                                               Attorney for Defendant
                                                DELAY GRAHAM
6

7

8

9  Dated: August 11, 2017                        _____/s/_____
                                                SCOTT D. JOINER
10                                              Assistant United States Attorney

11

12

13        **IT IS SO ORDERED**.

14

15

16  Dated:  ____August 14, 2017____              _____
                                                HONORABLE JEFFREY S. WHITE
17                                              United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28