UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>  v.<br><br>DELAY GRAHAM,<br><br>        Defendant. | Case No.  4:16-cr-00538-JSW-1<br><br>**CLERK'S NOTICE VACATING HEARING ON MOTION TO SUPPRESS**<br><br>Re: Dkt. No. 20 |

YOU ARE HEREBY NOTIFIED that the hearing on the Motion to Suppress scheduled for September 12, 2017 at 1:00 P.M., in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, before the HONORABLE JEFFREY S. WHITE is vacated.  A written ruling shall issue.

Dated: September 7, 2017

                                      Susan Y. Soong
                                      Clerk, United States District Court

                                      By:_____
                                      Jennifer Ottolini, Deputy Clerk to the
                                      Honorable JEFFREY S. WHITE
                                      510-637-3541

United States District Court
Northern District of California