# LAW OFFICE OF
# ROBERT WAGGENER

214 Duboce Avenue, San Francisco, CA 94103-1099    (415) 431-4500    FAX (415) 255-8631    rwlaw@mindspring.com

May 10, 2018

District Judge Jeffrey S. White
Oakland Courthouse, Courtroom 5- 2nd Floor
1301 Clay Street
Oakland, CA 94612

Re: *United States. v. Delay Graham*
*CR 16-538 JSW*

Your Honor,

    Please accept my apology for the one day late filing of the sentencing memorandum in the above referenced matter. I hope this did not cause any inconvenience to the Court. I made arrangements to have a chambers copy delivered shortly after the filing, and I also extended my apologies to the prosecutor and the probation officer. I am a sole practitioner and usually depend on my assistant to help prepare my documents for filing. This week has been extremely difficult for my assistant because she received an urgent call in the middle of preparing the Graham sentencing memorandum filing. Her mother was being admitted into an emergency room in San Francisco and subsequently underwent heart surgery. I completed the filing myself the following morning.

    This sentencing of Mr. Graham is scheduled for Tuesday, May 15, 2018 at 1:00 p.m. To the extent possible, I am requesting that the matter be called as early as possible on the Court's criminal calendar. I am scheduled to appear in U.S. District Court in San Francisco before Judge Chen at 2:30 p.m. for the setting of a multi-defendant racketeering case. Thank you.

Respectfully submitted,

ROBERT WAGGENER
Attorney for Defendant
Delay Graham